FRYSINGER EVANS, etc., Plaintiff, v. 2168 BROADWAY CORPORATION and Others, Defendants. THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH and EDWARD H. EMETT, Petitioners, Appellants, v. THOMAS DARLINGTON and HENRY THELLUSSON, Respondents.— Order and judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

MALVINA EUTHIMIOS TCHOR-BAJ-OGLU and EUTHIMIOS H. L. TCHOR-BAJ-OGLU, Respondents, v. EXCHANGE ESTATES, INC., Appellant, and LOUIS G. MILLER

and SAMUEL RIVLIN, Impleaded Defendants, Respondents.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff Malvina Euthimios Tchor-Baj-Oglu stipulates to reduce the judgment as entered in her favor to the sum of $7,500, and unless plaintiff Euthimios H. L. Tchor-Baj-Oglu stipulates to reduce the judgment as entered in his favor to the sum of $3,000, plus costs amounting to $175.85, in which event the judgment as so modified is affirmed, without costs of this appeal to the plaintiffs-respondents but with costs to the impleaded defendants-respondents against the defendant-appellant. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.